**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JAMES ROBERT WHITWORTH,** **PLAINTIFF**

**VS.** **CIVIL NO. 4:05CV92-M-D**

**DR. GEORGE BEDFORD, ET AL** **DEFENDANTS**

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated November 15, 2005, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that the parties were given 10 days to file any objections to the Report and Recommendation; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

1) The Report and Recommendation (docket entry 39) of the United States Magistrate Judge dated November 15, 2005, is hereby approved and adopted.

2) The plaintiff's motion for a temporary restraining order (docket entry 19) is denied.

THIS the 23rd day of January, 2006.

**/s/ Michael P. Mills**
**UNITED STATES DISTRICT JUDGE**