**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JAMES ROBERT WHITWORTH**                                                   **PLAINTIFF**

**v.**                                                                                 **No. 4:05CV92-M-D**

**DR. GEORGE BENFORD, ET AL., ET AL.**                                **DEFENDANTS**

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the two

Report and Recommendations of the United States Magistrate Judge dated September 21, 2006,

were on that date duly served by mail upon the *pro se* plaintiff at his last known address; that

more than ten days have elapsed since service of the Report and Recommendation; and that no

objection to the two Report and Recommendations have been filed or served  by any party.  The

court is of the opinion that the magistrate judge's Report and Recommendations should be

approved and adopted as the opinion of the court.  It is, therefore **ORDERED**:

1.      That the two Report and Recommendations of the United States Magistrate Judge

dated  September 21, 2006, are hereby **APPROVED AND ADOPTED** as the opinion of the

court.

2.      That the instant case is hereby **DISMISSED** with prejudice for failure to state a

claim upon which relief could be granted, counting as a "strike" under  28 U.S.C. §§ 1915

(e)(2)(B)(i) and 1915(g).

3.      That this case is **CLOSED.**

THIS, the 8th day of November, 2006.

                                        /s/ Michael P. Mills
                                        **UNITED STATES DISTRICT JUDGE**